<pre>
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF OHIO
                        CLEVELAND DIVISION
</pre>

| In re: | Case No. 21-11916-JPS |
|---|---|
| CHAD PAUL BRYNER | Chapter 7 |
| | Judge Jessica E. Price Smith |
| Debtor(s). | |

## NOTICE OF TELEPHONIC MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that the Meeting of Creditors originally scheduled for July 9, 2021 (the "Examination") will not continue **in person**, rather the meeting will continue **AS SCHEDULED** via telephonic means by calling into the conference line and entering the meeting code as follows:

Dial-in Number:   +1 234-255-8509

Conference Identification:   715 003 209#

**Prior to the Examination**, WILLIAM J. BALENA ("Counsel") shall have either emailed to Trustee or uploaded to the BlueStylus Portal: (1) a copy of the Debtor(s)' photo identification; (2) proof of the Debtor(s)' social security number(s) (through a scan of an original social security card, W-2, Form 1099, or other acceptable documentation); (3) statements for each of Debtor(s)' depository and investment accounts, including checking, savings, and money market accounts, mutual funds and brokerage accounts for the time period that includes June 1, 2021. If the Debtor(s) and/or Counsel require an alternative date or means for Examination, Counsel shall contact Trustee to make alternative arrangements.

**PLEASE TAKE FURTHER NOTICE** that multiple examinations in different cases are scheduled at the same time. Your case may not be called immediately at the scheduled time. Please stay on the line and wait for your matter to be called.

Respectfully Submitted,

/s/ Kari B. Coniglio
Kari B. Coniglio (0081463)
Chapter 7 Trustee
200 Public Square, Suite 1400
Cleveland, OH 44114
Tel (216) 479-6167
Fax (216) 937-3766
kbconiglio@vorys.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically transmitted on or about June 30, 2021 via this Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

U.S. Trustee
William J. Balena, Counsel for Debtor(s)

/s/ Kari B. Coniglio
Kari B. Coniglio #0081463
Chapter 7 Trustee